IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY RAY WILSON, #217101, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv792-TMH |
| | ) | (WO) |
| CHARLES THOMAS WEED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 13, 2014, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 57) is adopted and that:

1. The defendants' motion for summary judgment (Doc. # 19) is granted to the extent the defendants seek dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Crenshaw County Detention Facility.

2. This case is dismissed with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy provided to him during his confinement in the Crenshaw County Detention Facility as this

remedy is no longer available to him with respect to the claims presented in this cause of action.

An appropriate judgment will be entered.

Done this the 10th day of March, 2014.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE